**Dismiss and Opinion Filed January 22, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00744-CV**

**DEWEY M. MOORE, JR., Appellant**
**V.**
**CORT THOMAS, IN HIS CAPACITY AS RECEIVER, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-20-02015-E**

## MEMORANDUM OPINION

Before Justices Molberg, Reichek, and Nowell
Opinion by Justice Nowell

Before the Court is appellant's motion to dismiss the appeal. Appellant informs the Court that the parties have settled their differences. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Erin A. Nowell/
ERIN A. NOWELL
JUSTICE

200744F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DEWEY M. MOORE, JR., Appellant

No. 05-20-00744-CV     V.

CORT THOMAS, IN HIS
CAPACITY AS RECEIVER,
Appellee

On Appeal from the County Court at
Law No. 5, Dallas County, Texas
Trial Court Cause No. CC-20-02015-
E.
Opinion delivered by Justice Nowell.
Justices Molberg and Reichek
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellee CORT THOMAS, IN HIS CAPACITY AS RECEIVER, recover his costs of this appeal from appellant DEWEY M. MOORE, JR.

Judgment entered this 22nd day of January, 2021.